United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41798
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LASHASTA KNIGHTON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:02-CR-12-6
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Lashasta Knighton has
requested leave to withdraw as counsel and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief, record, and Knighton's
response discloses no nonfrivolous issue. Accordingly,
Knighton's motion for appointment of counsel is DENIED, counsel's
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See 5TH CIR. R. 42.2.  Knighton may raise her ineffective assistance claims in a 28 U.S.C. § 2255 proceeding.  See United States v. Navejar, 963 F.2d 732, 735 (5th Cir. 1992).